Vicki WHEELER, Appellant,

v.

Otis R. BOWEN, Secretary, Department
of Health and Human
Services, Appellee.

No. 88–2580.

United States Court of Appeals,
Eighth Circuit.

Aug. 3, 1989.

On the Court's own motion the opinion
which was previously issued on June 8,
1989, 877 F.2d 652, is hereby vacated. A
new opinion will be issued in due course.